Nicholas D'andre Thomas
Name

FILED
AUG 18 2022
Clerk, U.S. District Court
By: Wirtzer Deputy Clerk

Shawnee County Adult jail Cell 2C1
501 South East 8th AVE. Topeka, Kansas 66607
Address

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| Nicholas D'andre Thomas, Plantiff<br>*(Full Name)*<br><br>V.<br><br>Detective Ryan Hayden, TPD#043, Defendant (s) | CASE NO. 20-Cr-2781<br>(To be supplied by the Clerk)<br>22-3172-JWL-JPO<br><br>CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. §1983 |

A. JURISDICTION

1) Nicholas D'andre Thomas *(Plaintiff)*, is a citizen of Kansas *(State)*

who presently resides at 501 South East 8th AVE. Topeka, Kansas 66601 *(Mailing address or place* Shawnee County Adult jail Cell 2C1 *of confinement.)*.

2) Defendant Detective Ryan Hayden, TPD #043 *(Name of first defendant)* is a citizen of

Topeka, Kansas *(City, State)*, and is employed as

Topeka Police Department Detective *(Position and title, if any)*. At the time the

claim(s) alleged in this complaint arose, was this defendant acting under the color of state

law? Yes [✓] No [ ]. If your answer is "Yes", briefly explain:

3) Defendant ______________________________ is a citizen of
(Name of second defendant)

______________________________, and is employed as
(City, state)

______________________________. At the time the
(Position and title, if any)

claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes ☐ No ☐ . If your answer is "Yes", briefly explain:

______________________________

______________________________

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

______________________________

______________________________

B. NATURE OF THE CASE

1) Briefly state the background of your case:

Detective Ryan Hayden, TPD #0443 failed to produce DNA submission forms, he falsely claimed was submitted to the Oaklahoma Bureau of Investigation and the Kansas Bureau of Investigation from Nicholas Thomas, In a false writing he made stating a follow-up report of DNA results from the Kansas Bureau of Investigation and Oaklahoma Bureau of Investigation, on page 0080 of Criminal Complaint #2020-0004546 8 for Court case 20 CR-2781, During a preliminary hearing on 3/15/21 and a pretrial conference on 6/14/21 in court room 4C, Division: 14 To have Nicholas Thomas accused, apprehended, confined and band for trial, Which may be grounds for dismissal of the complaint based on failure to produce evidence establishing a fact essential to a claim or defense, False statement, False claim, and Lack of probable cause.

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: K.S.A 21-5824. Making False information (a) Making False information is making, generating distributing or drawing, or causing to be made, generated, distributed or drawn, any written instrument, electronic data or entry in a book of account with knowledge that such information falsely states or represents some material matter or is not what it purports to be, and with intent to defraud, obstruct the detection of a theft or felony offense or induce official action FRCRp Rule. 4 arrest or summons on a Complaint, 18 U.S.C.A § 242 Deprivation of rights under color of law, U.S.C.A Const. Amend IV Searches and siezures, 46 U.S.C.A § 14702 False Statement

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

Detective Ryan Hayden, TPD #043 Failed to produce DNA submissions forms, he falsely claimed was submitted to the Kansas Bureau of Investigations and the Oaklahoma Burrow of Investigation from Nicholas Thomas, In a false writing he made stating a follow-up report of DNA results from the Kansas Burrow of Investigation and Oaklahoma Burow of Investigation from Nicholas Thomas, on page 0080 of Criminal Complaint #2020-00045468 for Court case #20-CR-2781, During a preliminary hearing on 3/15/21 and a pretrial conference on 6/16/21 in Court room 4C, Division: 14, To have Nicholas Thomas accused, Apprehended, Confined and bound for trial, Which may be grounds for dismissal of the complaint based on failure to produce evidence establishing a fact essential to a claim or defense, False statement, False Claim, and Insufficiency

B) (1) Count II: K.S.A 21-5918. Dealing in False Identification documents; vital records identy Fraud (a) Dealing in False identification documents is Knowingly reproducing, manufacturing, Selling or offering for Sale any identification document which: 1) Simulates, purports to be or is designed so as to cause others reasonably to believe it to be an identification document; and (2) bears a fictitious name or other false Information 46 U.S.C.A § 14702 False Statement FRCRp Rule. 4 arrest or Summons on a Complaint, 18 U.S.C.A § 242 Deprivation of rights under color of law, U.S.C.A Const. Amend IV. Searches and siezure

(2) Supporting Facts: Detective Ryan Hayden, TPD #043 failed to produce DNA Submission forms, he falsely claimed was submitted to the Kansas Burrew of Investigation and the Oaklahoma Burrau of Investigation from Nicholas Thomas, When he supplied False information to counterfeit a False identification document stating a follow-up report of DNA results from the Kansas Bureau of Investigation and oaklahoma Bureau of Investigation from Nicholas Thomas, on page 0080 of Criminal Complaint #2020-00045468 for Court case #20-CR-2781, During a preliminary hearing on 3/15/21 and a pretrial conference on 6/16/21 in Court room 4C, Division: 14, To have Nicholas Thomas accused, apprehended, confined and bound for trial, which may be grounds for dismissal of the complaint based on Failure to produce evidence establishing a fact essential to a Claim or defense and False Statements, False Claim, and insufficiency

C) (1) Count III: K.S.A 21-6207. Unlawful request for emergency service assistance (a) making an unlawful request for emergency service assistance is transmitting or communicating false or misleading information in any manner to request emergency service assistance including law enforcement, fire, medical or other emergency service, knowing at the time of such request there is no reasonable ground for believing such assistance is needed. 46 U.S.C.A § 1470 (False statement) FRCrP. Rule 4 arrest or summons on a complaint, 18 U.S.C.A § 242 Deprivation of rights under color of law, U.S.C.A Const. Amend IV. Searches and Seizures

(2) Supporting Facts: Detective Ryan Hayden, TPD # 043 failed to produce DNA submission forms he falsely claimed was submitted to the Kansas Bureau of Investigation and the Oaklahoma Bureau of Investigation from Nicholas Thomas, after he communicated false misleading information stating a follow-up report of DNA results from the Kansas Bureau of Investigation and Oaklahoma Bureau of Investigation from Nicholas Thomas, on page 0050 of criminal complaint #2020-00045468 for court case 20-cr-2781. During a preliminary hearing on 3/15/21 and a pretrial conference on 6/11/21 in court room 4C, Division 14, to have Nicholas Thomas accused, apprehended, confined and bound for trial, which may be grounds for dismissal of the complaint based on interference with law enforcement, false statement, false claim, lack of probable cause, and failure to produce evidence establishing a fact essential to a claim or defense

D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☑. If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

a) Parties to previous lawsuit:

Plaintiffs: ______________________

Defendants: ______________________

b) Name of court and docket number ______________________

______________________

c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) ______________________

______________________

d) Issues raised ______________________

______________________

e) Approximate date of filing lawsuit ______________________

f) Approximate date of disposition ______________________

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☐ No ☑. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

I have not begun a law suit dealing with these facts involved in this action

2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

Interim relief, extraordinary relief, declaratory relief, Coercive relief, alternative relief, Affirmative relief, Further relief, other relief, emotional relief, Punitive relief, monetary relief, Compensatory relief, Judicial relief, injunctive relief, preliminary relief, Tro relief, anticipatory relief, pretrial relief, Coercive relief, Interim relief, Prayer for relief Temporary relief, Complaint relief, release relief

______________________ Nicholas Dandre Thomas
Signature of Attorney (if any) Signature of Plaintiff

______________________

______________________

______________________
(Attorney's full address and telephone number)